JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 12-8779 DSF (FFMx) | Date | 10/17/12 |
|---|---|---|---|
| Title | Los Angeles Unified School District v. Harris Education Consulting, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

    This case was removed on October 12, 2012 on the basis of diversity jurisdiction. The notice of removal fails to establish diversity jurisdiction because it fails to allege the principal place of business of either corporate defendant. The notice of removal cites to the complaint in support of its citizenship allegations, but the complaint also does not allege the principal place of business of either corporate defendant.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.